IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:04CR00140-001 SWW

TAMIKA WADE

**ORDER**

The above entitled cause came on for hearing on January 24, 2012 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that the defendant has violated the conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of supervised release and continue the hearing for ninety (90) days.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified as follows:

1. Defendant's monthly restitution payments shall be reduced to Fifty (50) dollars a month.

IT IS FURTHER ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued for a period of 90 days to see how defendant will comply with the conditions of her supervised release.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of her term of supervised release. Defendant is reminded that she shall comply with and abide by all of the conditions of her supervised release. If defendant violates the conditions of supervised

release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

The hearing on the issue of revocation of supervised release in this matter hereby is continued until **_1:00 P.M. on TUESDAY, APRIL 24, 2012_**, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

DATED this 26th day of January 2012.

/s/Susan Webber Wright
United States District Judge
